

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-19-00373-CV

Carissa L**. BEENE,**
Appellant

v.

David **PURYEAR,** Cynthia Bourland, Scott Field, Keith Henneke, and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
David Peeples, Judge Presiding

# O R D E R

A filing fee of $205.00 was due when appellant filed her notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). On June 4, 2019, the clerk of this court notified appellant by letter the filing fee was past due. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **ORDER** appellant must either (1) pay the filing fee or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily by **July 8, 2019**, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

All other appellate deadlines are suspended pending the payment of the filing fee.



_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court